UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| KEITH HARDESTY | * | CIVIL ACTION NO. 2:13-CV-293 |
| --- | --- | --- |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| WATERWORKS DISTRICT NO. 4 OF WARD FOUR, ET AL. | * | MAGISTRATE JUDGE KAY |

## ORDER

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Record Document 104) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Enforce Settlement (Record Document 73) is **GRANTED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 20th day of November, 2017.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT